FIRST NAT. BANK OF HOUSTON v. WELLS, FARGO & CO.

(Circuit Court of Appeals, Fifth Circuit. January 5, 1904.)

No. 1,303.

1. APPEAL—REVIEW—HARMLESS ERROR.

The erroneous admission of evidence in corroboration of the testimony of an unimpeached and uncontradicted witness, and in respect to a mere matter of detail, is not ground for reversal.

In Error to the Circuit Court of the United States for the Southern District of Texas.

L. B. Moody, for plaintiff in error.

Jas. A. Baker, Jr., R. S. Lovett, and W. H. Kimbrough, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the trial of this case, pending over four days before the court and jury, a great many witnesses were examined on the several issues of fact presented. In the main, and on all important and material questions, the rulings of the trial judge were correct. To corroborate an unimpeached and uncontradicted witness in relation to unquestioned detail, the court, at the instance of counsel for defendant in error, and over the objection of counsel for plaintiff in error, admitted evidence—particularly a certain telegram received by a witness—which should have been excluded. While this was erroneous, we are of opinion that it could not and did not really prejudice the plaintiff in error, and that, on the whole record, no reversible error appears.

The judgment of the Circuit Court is affirmed.

---

ROBERTS v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. February 9, 1904.)

No. 1,256.

On Rehearing.

For former opinion, see 126 Fed. 897.

Before McCORMICK and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered, and the rehearing is denied.